**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**AT LONDON**

| | | |
|---|---|---|
| COURTNEY PUGH, | ) | CASE NO. 6:24-CV-172-GFVT |
| | ) | |
| Plaintiff, | ) | JUDGE |
| | ) | |
| v. | ) | |
| | ) | |
| ENSEMBLE RCM, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## DEFENDANT ENSEMBLE RCM, LLC'S NOTICE OF REMOVAL

Defendant Ensemble RCM, LLC ("Ensemble" or "Defendant"), pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, respectfully submits this Notice of Removal of this action from Leslie County Circuit Court, Kentucky, the court in which this case is presently pending, to the United States District Court for the Eastern District of Kentucky (London). As grounds for this removal, Ensemble states as follows:

## LITIGATION FACTS

1. This action was commenced on or about November 5, 2024, by the filing of the Complaint by Plaintiff Courtney Pugh in Leslie County Circuit Court, Kentucky, Case No. 24-CI-00116 (the "Complaint"). A copy of the Complaint is attached as Exhibit A.

2. No further proceedings have taken place in the Leslie County Circuit Court, Kentucky. No further pleadings have been served upon Plaintiff or Ensemble.

## FEDERAL QUESTION

3. The Complaint brought claims against Defendant under state and federal law. Specifically, the Complaint brings claims of pregnancy discrimination, retaliation, and claim of

FMLA interference and retaliation under the Family and Medical Leave Act.  (*See* Complaint, ¶¶ 100-124)

4.  Plaintiff's Complaint establishes that there are federal questions. Plaintiff alleges violations of the Family and Medical Leave Act. This Court has original jurisdiction over this claim under 28 U.S.C. § 1331.

5.  Furthermore, this Court may exercise supplemental jurisdiction over the remaining state law claims pursuant to 28 U.S.C. §1367(a) because these claims are so related to the federal claims that they form part of the same case or controversy.

## **<u>REMOVAL</u>**

6.  Because a federal question exists, the United States District Court for the Eastern District of Kentucky (London) has original jurisdiction over this matter.

7.  Pursuant to 28 U.S.C. § 1441, et seq., the right exists to remove this case to the United States District Court for the Eastern District of Kentucky (London), which embraces the place where the action is currently pending.

8.  This Notice of Removal was timely filed in accordance with 28 U.S.C. § 1446 because it has been filed within 30 days of the filing of Plaintiff's Complaint.

9.  A copy of this Notice of Removal is being served by e-mail and U.S. Mail on counsel for Plaintiff and a Notice of Filing Notice of Removal is being filed with the Leslie County Circuit Court in accordance with 28 U.S.C. § 1446. A copy of the Notice of Filing Notice of Removal is attached hereto as Exhibit B.

10.  Defendant submits this Notice of Removal without waiving any defenses to the claims asserted by Plaintiff or conceding that Plaintiff has pled claims upon which relief can be granted.

For the foregoing reasons, federal jurisdiction exists under 28 U.S.C. § 1331 and removal

is appropriate under 28 U.S.C. § 1441(a).  Defendant Ensemble RCM, LLC prays that this Court

enter the appropriate orders to affect the removal of this case from the Leslie County Circuit

Court to this Court.

Respectfully submitted,

/s/ *Katharine Weber*
Katharine C. Weber (KBA 83370)
Adair M. Smith (KBA 98356)
JACKSON LEWIS PC
201 E. 5th Street, 26th Floor
Cincinnati, Ohio 45202
Telephone (513) 898-0050
Facsimile (513) 898-0051
katharine.weber@jacksonlewis.com
adair.smith@jacksonlewis.com

*Counsel for Defendant Ensemble RCM, LLC*

<u>**CERTIFICATE OF SERVICE**</u>

On November 27, 2024, a true and accurate copy of the foregoing was served, via the Court's electronic filing system, upon the following:

>Samuel T. Long
>The Spitz Law Firm, LLC
>Spectrum Office Tower
>11260 Chester Road, Suite 825
>Cincinnati, OH 45246
>Telephone: (216) 291-0244
>Email: Sam.Long@SpitzLawFirm.com
>
>*Attorney for Plaintiff*

*/s/ Katharine Weber*
Katharine C. Weber

4861-3836-0314, v. 1