EXHIBIT B

**COMMONWEALTH OF KENTUCKY**
**LESLIE COUNTY CIRCUIT COURT**

| | | |
|---|---|---|
| COURTNEY PUGH, | ) | CASE NO. 24-CI-00116 |
| | ) | |
| Plaintiff, | ) | JUDGE OSCAR GAYLE HOUSE |
| | ) | |
| v. | ) | |
| | ) | |
| ENSEMBLE RCM, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF FILING NOTICE OF REMOVAL**

PLEASE TAKE NOTICE that Defendant Ensemble RCM, LLC did, on December 13, 2024, file in the United States District Court for the Eastern District of Kentucky a Notice of Removal, a copy of which is attached hereto as Exhibit 1 and incorporated herein by reference, removing this case to federal court.

This Notice is being filed pursuant to 28 U.S.C. § 1446. Removal of this case from the Leslie County Circuit Court shall be and hereby is effective upon the filing of this Notice of Filing of Notice of Removal.  Upon such filing, the United States District Court for the Eastern District of Kentucky shall acquire jurisdiction over this case and no further filings are necessary to effect removal.  *See id*.

Respectfully submitted,

/s/ *Katharine Weber*
Katharine C. Weber (KBA 83370)
Adair M. Smith (KBA 98356)
JACKSON LEWIS PC
201 E. 5th Street, 26th Floor
Cincinnati, Ohio 45202
Telephone (513) 898-0050
Facsimile (513) 898-0051
katharine.weber@jacksonlewis.com
adair.smith@jacksonlewis.com

*Counsel for Defendant Ensemble RCM, LLC*

## CERTIFICATE OF SERVICE

On November 27, 2024, a true and accurate copy of the foregoing was filed with the Court and served via email upon the following:

Samuel T. Long
The Spitz Law Firm, LLC
Spectrum Office Tower
11260 Chester Road, Suite 825
Cincinnati, OH 45246
Telephone: (216) 291-0244
Email: Sam.Long@SpitzLawFirm.com

*Attorney for Plaintiff*

*/s/ Katharine Weber*
Katharine C. Weber

4860-5440-8698, v. 1

3