UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

COURTNEY PUGH,  )
  )
  )
  )
    Plaintiff,  )
  )    Civil No. 6:24-cv-00172-GFVT-HAI
v.  )
  )
ENSEMBLE RCM, LLC,  )
  )    **ORDER**
    Defendant.  )
  )
  )
  )

\*\*\*  \*\*\*  \*\*\*  \*\*\*

This matter is before the Court on the parties' Joint Stipulation of Dismissal. [R. 18.] The parties agree that all claims by the Plaintiff against the Defendants in this matter should be dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii). Accordingly, and the Court being sufficiently advised, it is hereby **ORDERED** as follows:

1. The parties' Joint Stipulation of Dismissal **[R. 18]** is **GRANTED**;

2. All claims in this matter by the Plaintiff against the Defendant are **DISMISSED with prejudice.** Each party shall bear its own fees and costs; and

3. All claims against all parties having been resolved, this matter is **DISMISSED** and **STRICKEN** from the Court's active docket.

This the 29th day of January, 2026.

Gregory F. Van Tatenhove
United States District Judge